1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREDAIL GREY, | ) Case No. CV 11-7510 CJC(JC) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) |
| LELAND MCEWEN, Warden, | ) |
| Respondent. | ) |

_____

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
Habeas Corpus by a Person in State Custody and accompanying documents
("Petition") and all of the records herein, including the attached Report and
Recommendation of United States Magistrate Judge ("Report and
Recommendation") and petitioner's objections to the Report and Recommendation
("Objections").  The Court has further made a *de novo* determination of those
portions of the Report and Recommendation to which objection is made.  The
Court concurs with and accepts the findings, conclusions, and recommendations of
the United States Magistrate Judge and overrules the Objections.
///

1     IT IS ORDERED that Judgment be entered denying the Petition and

2 dismissing this action with prejudice.

3     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

4 Report and Recommendation, and the Judgment herein on counsel for petitioner

5 and respondent.

6     LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8     DATED: December 15, 2014

9

10     _____

11     HONORABLE CORMAC J. CARNEY
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2