JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREDAIL GRAY, | ) | Case No. CV 11-7510 CJC(JC) |
|         Petitioner, | ) | JUDGMENT |
|    v. | ) | |
| LELAND MCEWEN, Warden, | ) | |
|         Respondent. | ) | |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    DATED: December 15, 2014

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE